

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00803-CV

Juan Francisco **MONTALVO**, M.D., F.A.C.O.G., et al,
Appellants

v.

Gabriela **LOPEZ**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVT-000841-D3
Honorable Becky Palomo, Judge Presiding

## O R D E R

Based on this court's order dated January 7, 2015, the clerk's record is due to be filed in this appeal on January 20, 2015. On January 8, 2015, the trial court clerk filed a notification of late record erroneously stating that the record was due to have been filed on January 2, 2015. The notification also states that the trial court clerk is awaiting a designation of record. The notification of late record is NOTED as moot. In the event the trial court clerk is unable to file the clerk's record by January 20, 2015, the trial court clerk is not precluded from filing another notification of late record.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court